UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 08-157 (ESH) |
| | : | |
| v. | : | 18 U.S.C. § 371 |
| JOHN CARLTON ALBAUGH, | : | (Conspiracy) |
| | : | |
| Defendant. | : | |

**FILED**
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 2nd day of June, 2008 ORDERED:

3. That if the defendant is released on bond that he be accompanied on <u>Tuesday, June 3, 2008</u> by <u>Special Agent Kristen Beutler, Federal Bureau of Investigation</u> to the Central Cell Block of the Metropolitan Police Department and the United States Marshal Service for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of <u>Special Agent Kristen Beutler, Federal Bureau of Investigation</u> for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
**Judge Ellen S. Huvelle**

June 2, 2008