UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 08-157 (ESH) |
| | ) | |
| **JOHN CARLTON ALBAUGH** | ) | |
| | ) | |

**FILED**

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I,   **JOHN CARLTON ALBAUGH**, the above-name defendant, who is accused of

**Conspiracy
18 USC 371**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on   **June 2, 2008**   prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: _____
Judge Ellen S. Huvelle