UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 2 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) Criminal No. 08-157 (ESH) <br> ) |
| **JOHN CARLTON ALBAUGH,** | ) <br> ) |
| Defendant. | ) <br> ) |

## SENTENCING SCHEDULING ORDER

It is hereby

**ORDERED** that the sentencing in this case is set for September 17, 2008, at 9:30 a.m. in Courtroom 14; and it is further

**ORDERED** that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties forty (40) days from the date of this Order; and it is further

**ORDERED** that counsel submit their objections to the probation officer ten (10) days after the report is initially disclosed by the probation officer; and it is further

**ORDERED** that the probation officer disclose to the parties and file with the court the final presentence investigation report ten (10) days after the parties have submitted their objections; and it is further

**ORDERED** that the parties file any memoranda in aid of sentencing with the court ten (10) days after the final version of the presentence investigation report is disclosed by the probation officer, with responses thereto due five (5) days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

**SO ORDERED.**

*Ellen S Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   June 20, 2008