UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 08-157 (ESH) |
| v. | : | |
| | : | |
| JOHN CARLTON ALBAUGH | : | |
| | : | |
| Defendant. | : | |

**Joint Motion to Continue Sentencing Date**

On June 2, 2008, the Court accepted John Albaugh's plea of guilty in the above-captioned case. By Order dated June 20, 2008, the Court scheduled sentencing for September 17, 2008, at 9:30 a.m, and ordered the probation officer assigned to this case to disclose a draft presentence investigation report no later than forty (40) days subsequent to the date of the order (a date which works out to be July 30, 2008 – approximately forty-five (45) days prior to the sentencing date).

As part of his plea agreement, Mr. Albaugh has agreed to cooperate with the government. In conformity with this agreement, Mr. Albaugh has been cooperating with government agents and prosecutors. The government anticipates that Mr. Albaugh's cooperation will continue for the foreseeable future, and in any event well into 2009.

Both parties believe that postponement of the September 17, 2008 sentencing date is in the interest of justice, and will allow the Court to have before it at the time of sentencing a full picture of the extent and value of Mr. Albaugh's cooperation. Accordingly, the parties jointly move the Court to adjourn the currently scheduled sentencing date and reset sentencing for a new date approximately ten months out from Mr. Albaugh's plea, a date in April 2009.

Based on the parties' discussions with the probation officer assigned to this matter, the parties understand that a more complete and accurate presentence investigation report would be

generated at a time closer to the actual sentencing date, rather than at this early stage. Therefore, the parties also jointly move to reset the Court's deadline for circulation of the draft presentencing report to 45 days in advance of the new sentencing date.

If further delay in the sentencing date is required as the new date approaches, the parties will again jointly move the Court at the appropriate time.

A proposed order is attached.

Dated this 1st day of July, 2008.

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

/s/ Matthew L. Stennes
Matthew L. Stennes
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Ave. NW
Suite 12100
Washington, DC 20005
(202) 514-1412

FOR THE DEFENDANT

/s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz
Schiff Hardin LLP
1666 K Street NW
Suite 300
Washington, DC 20006
(202) 778-6438

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CRIMINAL NO. 08-157 (ESH) |
| v. | : | |
| | : | |
| **JOHN CARLTON ALBAUGH** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

By Joint Motion dated July 1, 2008, the parties moved for an order continuing sentencing in this matter and resetting the date for circulation of a draft presentence investigation report.

Having read and considered the parties' submission, the Court GRANTS the motion and **ORDERS** as follows:

1. The sentencing hearing set for September 17, 2008 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for April _____, 2009 at _____ a.m./p.m.;

3. The probation officer assigned to this case shall disclose the initial version of the presentence investigation report to the parties forty-five (45) days prior to the sentencing date;

4. Counsel shall submit their objections to the probation officer ten (10) days after the report is initially disclosed by the probation officer;

5. The probation officer shall disclose to the parties and file with the court the final presentence investigation report ten (10) days after the parties have submitted their objections; and,

6. The parties shall file any memoranda in aid of sentencing with the court ten (10) days after the final version of the presentence investigation report is disclosed by the probation officer, with responses thereto due five (5) days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

It is **SO ORDERED.**

                                                                    _____
                                                                    ELLEN SEGAL HUVELLE
                                                                    United States District Judge

Date:   July ____, 2008