**FILED**

JUL 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
                                   :   CRIMINAL NO. 08-157 (ESH)
v.                                 :
                                   :
JOHN CARLTON ALBAUGH               :
                                   :
Defendant.                         :

## ORDER

By Joint Motion dated July 1, 2008, the parties moved for an order continuing sentencing in this matter and resetting the date for circulation of a draft presentence investigation report.

Having read and considered the parties' submission, the Court GRANTS the motion and **ORDERS** as follows:

1. The sentencing hearing set for September 17, 2008 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for April ___17___, 2009 at ___2:00___ a.m./~~p.m.~~;

3. The probation officer assigned to this case shall disclose the initial version of the presentence investigation report to the parties forty-five (45) days prior to the sentencing date;

4. Counsel shall submit their objections to the probation officer ten (10) days after the report is initially disclosed by the probation officer;

5. The probation officer shall disclose to the parties and file with the court the final presentence investigation report ten (10) days after the parties have submitted their objections; and,

6.  The parties shall file any memoranda in aid of sentencing with the court ten (10) days after the final version of the presentence investigation report is disclosed by the probation officer, with responses thereto due five (5) days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

It is **SO ORDERED.**

*/s/ Ellen Shuck*
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 2, 2008